IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAMBRIDGE MEMORIAL HOSPITAL, Inc. a Nebraska non-profit corporation;<br><br>Plaintiff,<br><br>vs.<br><br>THE NEENAN COMPANY, LLLP, a Colorado limited liability limited partnership;<br><br>Defendant. | 4:19CV3062<br><br>ORDER |

This matter comes before the Court on the Joint Stipulation for Dismissal of this case with prejudice (Filing No. 36). The Court being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear its own costs.

Dated this 21st day of January, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge